CLEVELAND BAR ASSOCIATION *v.* KATALINAS.

[Cite as *Cleveland Bar Assn. v. Katalinas* (2000), 90 Ohio St.3d 140.]

(No. 00–781—Submitted July 6, 2000—Decided September 20, 2000.)

*Keith A. Ashmus* and *Kevin M. Magnuson,* for relator.

***Per Curiam.***  We adopt the findings, conclusions, and recommendation of the board.  Respondent is hereby permanently disbarred from the practice of law in Ohio.  Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.